**Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.**

ATTORNEY FOR APPELLANT:

**NEIL L. WEISMAN**
South Bend, Indiana

ATTORNEYS FOR APPELLEE:

**GREGORY F. ZOELLER**
Attorney General of Indiana

**ERIC P. BABBS**
Deputy Attorney General
Indianapolis, Indiana

**FILED**

Nov 20 2012, 9:20 am

**CLERK**
of the supreme court,
court of appeals and
tax court

# IN THE
# COURT OF APPEALS OF INDIANA

| | | |
|---|---|---|
| DAMIAN RAY RAMIREZ, | ) | |
| | ) | |
| Appellant-Defendant, | ) | |
| | ) | |
| vs. | ) | No. 71A04-1205-CR-274 |
| | ) | |
| STATE OF INDIANA, | ) | |
| | ) | |
| Appellee-Plaintiff. | ) | |

APPEAL FROM THE ST. JOSEPH SUPERIOR COURT
The Honorable R.W. Chamblee, Jr., Judge
Cause No. 71D08-1109-FC-204

**November 20, 2012**

**MEMORANDUM DECISION - NOT FOR PUBLICATION**

**KIRSCH, Judge**

Damien Ray Ramirez appeals his conviction for battery with a deadly weapon, a Class C felony,[1] contending the evidence was insufficient to support his conviction. At trial, Theresa Hensel, Ramirez's former girlfriend, testified that in the early morning hours of September 3, 2011, she and Ramirez were engaged in an argument in her house when Ramirez jumped on top of her and stabbed her with a knife in her chest while screaming, "Die, bitch, die, I'll go to prison for killing you stupid ass bitch." *Tr.*, p.24. This evidence is sufficient to support the conviction. Although Ramirez testified to a different version of the events, it was the exclusive province of the jury to determine the credibility of the witnesses. *Drane v. State*, 867 N.E.2d 144, 146 (Ind. 2007).

Affirmed.

NAJAM, J., and MAY, J., concur.

---

[1] Ind. Code § 35-42-2-1(a)(3)